| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Fitzgerald, Michael W. | 2. Court or Organization<br><br>United States District Court, Central District of California | 3. Date of Report<br><br>05/9/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge; active status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>United States District Court<br>350 West First Street, Room 5250<br>Los Angeles, California 90012 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director / Officer | Federal Bar Association, Los Angeles Chapter |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | NALEO Educational Fund; salary |
| 2. | 2016 | State of California, In-Home Supportive Services; miscellaneous income |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 3/2/16 to 3/3/16 | San Diego, CA | Panelist | Transportation and lodging |
| 2. | University of California, Berkeley School of Law | 12/9/16 | Berkeley, CA | Officiant at Swearing-in Ceremony | Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/9/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Katherine George | Wedding Gift -- Catalina Lodging | $500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Revolving credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/9/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Cash Accounts | A | Interest | J | T | | | | | |
| 2. | | | | | | | | | |
| 3. Brokerage Account #2 (Personal) (H) | | | | | | | | | |
| 4. American Beacon Bridgeway (BWLYX) | | None | | | Sold | 3/17/16 | J | | |
| 5. Angel Oak Flexible INCM (ANFIX) | A | Dividend | | | Sold (part) | 02/12/16 | J | | |
| 6. | | | | | Sold | 03/17/16 | J | | |
| 7. Artisan Intl Fund Inv (ARTIX) | | None | | | Sold | 03/17/16 | J | A | |
| 8. Dodge & Cox Intl Stock (DODFX) | | None | | | Sold | 03/17/16 | J | A | |
| 9. Fidelity Contra Fund (FCNTX) | A | Dividend | | | Sold | 03/17/16 | J | A | |
| 10. FMI Large Cap Fund (FMIHX) | | None | | | Sold | 03/17/16 | J | A | |
| 11. JPMorgan Mid Cap Val (FLMVX) | | None | | | Sold | 03/17/16 | J | A | |
| 12. Oakmark Intl Sm Cap (OAKEX) | | None | | | Sold | 03/15/16 | J | A | |
| 13. Oberweis Intl Oppty Fd Inst (OBIIX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 14. Schwab Amt TF MMF (SWFXX) | A | Dividend | J | T | Sold (part) | 01/19/16 | J | | |
| 15. | | | | | Buy (add'l) | 02/16/16 | J | | |
| 16. | | | | | Sold (part) | 02/17/16 | J | | |
| 17. | | | | | Buy (add'l) | 03/16/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/9/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/17/16 | J | | |
| 19. | | | | | Buy (add'l) | 03/18/16 | K | | |
| 20. | | | | | Sold (part) | 03/21/16 | K | | |
| 21. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 22. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 23. | | | | | Sold (part) | 06/30/16 | J | | |
| 24. | | | | | Sold (part) | 07/16/16 | J | | |
| 25. | | | | | Sold (part) | 07/20/16 | J | | |
| 26. | | | | | Sold (part) | 10/19/16 | J | | |
| 27. Stone Ridge All Asset Variance Risk Prem Com Cl (AVRPX) | | None | | | Buy | 02/16/16 | J | | |
| 28. | | | | | Sold | 04/18/16 | J | | |
| 29. Stone Ridge Reinsurance (SRRIX) | | None | | | Sold | 05/24/16 | J | A | |
| 30. Touchstone Small Cap (TSFYX) | | None | | | Sold | 03/17/16 | J | A | |
| 31. Wasatch Frontier Emrg Sm (WAFMX) | | None | | | Sold | 03/17/16 | J | | |
| 32. | | | | | | | | | |
| 33. Brokerage Account #3 (IRA) (H) | | | | | | | | | |
| 34. American Beacon Bridgeway Lg Cap Value (BWLYX) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/9/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Angel Oak Flexible Incm (ANFIX) | C | Dividend | L | T | Sold (part) | 02/18/16 | K | | |
| 36. Artisan Intl Fund (APDIX) | B | Dividend | L | T | Buy | 07/21/16 | L | | |
| 37. Artisan Intl Fund Inv (ARTIX) | | None | | | Sold | 07/21/16 | L | | |
| 38. Ashmore Emrg Mkts (EFEIX) | A | Dividend | K | T | | | | | |
| 39. Dodge & Cox Intl Stock Fund (DODFX) | C | Dividend | L | T | | | | | |
| 40. Driehaus Frontier Emrg (DRFRX) | A | Dividend | K | T | Buy | 07/12/16 | K | | |
| 41. Fidelity Contra Fund (FCNTX) | D | Dividend | M | T | Sold (part) | 01/04/16 | J | | |
| 42. FMI Large Cap Fund (FMIHX) | | None | | | Sold | 11/17/16 | M | | |
| 43. FMI Large Cap Fund Inst (FMIQX) | D | Dividend | M | T | Buy | 11/17/16 | M | | |
| 44. | | | | | Sold (part) | 12/29/16 | J | | |
| 45. Glenmede Secured Options (GTSOX) | | None | L | T | Buy | 12/14/16 | L | | |
| 46. JPMorgan Mid Cap Value Inst (FLMVX) | C | Dividend | L | T | | | | | |
| 47. Oakmark Intl Small Cap (OAKEX) | | None | | | Sold | 03/15/16 | L | | |
| 48. Oberweis Intl Oppty Fd Inst (OBIIX) | A | Dividend | L | T | Buy | 03/16/16 | L | | |
| 49. Schooner Hedged Alt Incm (SHAIX) | D | Dividend | | | Sold | 12/13/16 | L | | |
| 50. Schwab Govt Money Fund (SWGXX) | | None | J | T | Buy (add'l) | 01/04/16 | J | | |
| 51. | | | | | Buy (add'l) | 01/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/9/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 01/19/16 | J | | |
| 53. | | | | | Sold (part) | 04/19/16 | J | | |
| 54. | | | | | Sold (part) | 07/20/16 | J | | |
| 55. | | | | | Sold (part) | 07/22/16 | J | | |
| 56. | | | | | Sold (part) | 10/19/16 | J | | |
| 57. | | | | | Sold (part) | 11/18/16 | J | | |
| 58. Stone Ridge All Asset Variance Risk Prem (AVRPX) | D | Dividend | M | T | Buy (add'l) | 02/16/16 | K | | |
| 59. Stone Ridge Reinsurance Risk Prem Interval (SRRIX) | C | Dividend | L | T | | | | | |
| 60. Touchstone Small Cap Core Fd (TSFYX) | A | Dividend | K | T | | | | | |
| 61. Voya Midcap Oppty Fd I (NMCIX) | B | Dividend | K | T | | | | | |
| 62. Wasatch Frontier Emrg Sm (WAFMX) | | None | | | Sold | 07/11/16 | K | | |
| 63. | | | | | | | | | |
| 64. Wells Fargo Bank -- Cash Accounts (X) | | None | K | T | | | | | |
| 65. | | | | | | | | | |
| 66. Brokerage Account #4 (Personal) (H) (X) | | | | | | | | | |
| 67. Cash Account (X) | | None | J | T | | | | | |
| 68. Vivaldi Multi Strategy Fd CL 1 (OMOIX) (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/9/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vivaldi Merger Arbitrage Fd CL 1 (VARBX) (X) | A | Dividend | J | T | Sold (part) | 07/29/16 | J | | |
| 70. Altegris Futures Evolution CL 1 (EVOIX) (X) | A | Dividend | J | T | Sold (part) | 07/29/16 | J | | |
| 71. Van Eck Internat'l Investors Gold Fd (INIYX) (X) | A | Dividend | J | T | Buy (add'l) | 08/17/16 | J | | |
| 72. Stoneridge Reinsurac Risk Prem Interval (SRRIX) (X) | A | Dividend | J | T | | | | | |
| 73. Pimco Income Fund Institutional Fund (PIMIX) (X) | A | Dividend | J | T | Sold (part) | 07/29/16 | J | | |
| 74. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 75. Thornburg Ltd Term Income Class 1 (TXIIX) (X) | A | Dividend | K | T | Buy | 09/07/16 | K | | |
| 76. Sprott Physical Gold Trust Unit common stock (X) | | None | J | T | | | | | |
| 77. Carter Validus Mission Critical REIT Inc Com (X) | A | Dividend | J | T | | | | | |
| 78. U.S. Treasury Bd Stripped Prim Pmt (X) | | None | | | Sold | 08/04/16 | K | | |
| 79. | | | | | | | | | |
| 80. Brokerage Account #5 (IRA) (H) (X) | | | | | | | | | |
| 81. Fidelity Government Cash Reserves (FDRXX) (X) | | None | J | T | | | | | |
| 82. Vivaldi Multi Strategy Fd CL 1 (OMOIX) (X) | A | Dividend | J | T | | | | | |
| 83. Vivaldi Merger Arbitrage Fd CL 1 (VARBX) (X) | A | Dividend | J | T | | | | | |
| 84. Altergris Futures Evolution (EVOIX) (X) | A | Dividend | J | T | | | | | |
| 85. Pimco Income Fund Institutional Fund (PIMIX) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/9/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Stonebridge Reinsurac Risk Prem Interval (SRRIX) (X) | A | Dividend | J | T | | | | | |
| 87. Thornburg Ltd Term Income Class 1 (THIIX) (X) | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 88. U.S. Treasury Bd Stripped Prin Pmt (X) | | None | | | Sold | 08/04/16 | J | | |
| 89. | | | | | | | | | |
| 90. Pension Fund (H) (X) | | None | | | | | | | |
| 91. Flx Int/Stable Value/Cash, AUL Foxed Account / FIXD (X) | A | Dividend | L | T | | | | | |
| 92. Pioneer Bond Y / PBYA (X) | | None | L | T | | | | | |
| 93. Alger Capp App Portfolio 1-2 / AAL2 (X) | B | Dividend | K | T | | | | | |
| 94. AmerCent MidCap Val Inv / ACKM (X) | A | Dividend | J | T | | | | | |
| 95. Oppenheimer Main St Mid Cap Y / OMMY (X) | B | Dividend | K | T | | | | | |
| 96. Calbert SmCap Fd A / CSCV (X) | D | Dividend | L | T | | | | | |
| 97. MFS Intl New Discovery A / MID2 (X) | | None | K | T | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/9/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael W. Fitzgerald**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544